**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

_____

RAYMUNDO OVIEDO ARRIAGA,

     Petitioner,

v.                                                            No. 26-cv-1832-KWR-SCY

WARDEN, *et al*,

     Respondents,

**ORDER DIRECTING AMENDMENT**

This matter comes before the Court on the Motion for Leave to Amend Habeas Petition and for Injunction (Doc. 4) (Motion).   Petitioner is an immigration detainee and is proceeding *pro se*.   In the Motion, he seeks leave to file an amended 28 U.S.C. § 2241 and an injunction preventing his transfer out of district.   The Court will grant the Motion, in part.   The Court will allow Petitioner to file a separate amended petition, since the Motion does not attach a proposed amendment, and will consider the remaining requests for relief after the amendment is filed.

The single amended § 2241 petition is due within twenty-one (21) days of entry of this Order.   The § 2241 amendment should specify: (1) when Petitioner entered the United States; (2) what process (bond hearings, etc.) Petitioner has received so far and the reason for any denial of bond; and (3) why Petitioner believes his detention is illegal.   Petitioner may find it helpful to include any orders from the immigration court, but documentary evidence is not required at this stage.   The failure to timely amend as directed may result in dismissal of this case without prejudice.   <u>All documents filed in this case must include the case number, No. 26-cv-1832-KWR-SCY</u>.

Petitioner is reminded that this Court cannot allow noncitizens to permanently remain in the United States or make any determination as to immigration status.  Pursuant to 8 U.S.C. § 1252, known as the "zipper clause," Federal District Courts lack jurisdiction over claims challenging removal orders.  *See Jennings v. Rodriguez,* 583 U.S. 281, 316-17 (2018).  This includes "all questions of law and fact" that arise from a removal order, and "[n]either habeas corpus" nor "any other provision of law" can be used to avoid § 1252(b)(9)'s jurisdictional bar. *Id.* at 317.

**IT IS ORDERED** that Petitioner's Motion for Leave to Amend Habeas Petition and for Injunction (**Doc. 4**) is **GRANTED, in part,** to the extent Petitioner seeks leave to amend his habeas claims; and within twenty-one (21) days of entry of Order, Petitioner shall file an amended § 2241 petition as set forth above.

_____/S/_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

2